CARLSON et al., Respondents v. DONNENWIRTH et al., Appellants

(64 N. W.2d 295)

(File No. 9393.  Opinion filed May 5, 1954)
Rehearing denied February 2, 1955

**Bangs & McCullen, and H. F. Fellows,** Rapid City, for Plaintiffs and Respondents.

**E. V. Morrill,** Sturgis, for Intervenor and Appellant.

**Parker & Parker,** Deadwood, for Defendant.

SICKEL, J.   The motion of respondents to dismiss the appeal of the City of Faith is granted on authority of the opinion in Carlson v. West River Oil Co., 75 S.D. 333, 64 N.W.2d 294.

All the Judges concur.

CARLSON et al., Respondents v. SUTFIN et al., Appellants

(64 N. W.2d 296)

(File No. 9414.  Opinion filed May 5, 1954)
Rehearing denied February 2, 1955

**Bangs & McCullen and H. F. Fellows,** Rapid City, for Plaintiffs and Respondents.

**Parker & Parker,** Deadwood, **Russell C. Molstad,** Sturgis, for Defendant and Appellant.

**E. V. Morrill,** Sturgis, for Intervenor and Appellant.

SICKEL, J.   The motion of respondents to dismiss the appeal of the City of Faith is granted on authority of the opinion in Carlson v. West River Oil Co., 75 S.D. 333, 64 N.W.2d 294.

All the Judges concur.